IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CRISTIANA PIMENTEL § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-12-1702 |
| § | |
| THE AES CORPORATION, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 3), this action is dismissed without prejudice.

SIGNED on June 25, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge